# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHELLE L. GORSUCH  
6308 REDBIRD LANE  
CRYSTAL LAKE, IL  60012  

SSN-xxx-xx-9028

Case Number: 07-73128

Case filed on: 12/21/2007  
Plan Confirmed on: 10/3/2008  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,468.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | JONES & HART LAW OFFICE | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
|  | Total Legal | 3,774.00 | 3,774.00 | 3,000.00 | 0.00 |
| 007 | ALLIED INTERSTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PLAZA ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CBC NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | HOME DEPOT/CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHELLE L. GORSUCH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 5,200.00 | 5,200.00 | 1,166.17 | 356.91 |
| 002 | GMAC MORTGAGE | 49,506.36 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC MORTGAGE | 3,544.65 | 121.77 | 121.77 | 0.00 |
| 004 | WASHINGTON MUTUAL BANK | 196,771.79 | 0.00 | 0.00 | 0.00 |
| 005 | WASHINGTON MUTUAL BANK | 14,316.00 | 491.78 | 491.78 | 0.00 |
|  | Total Secured | 269,338.80 | 5,813.55 | 1,779.72 | 356.91 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BAXTER CREDIT UNION | 1,598.47 | 1,598.47 | 177.77 | 0.00 |
| 009 | BAXTER CREDIT UNION | 1,836.34 | 1,836.34 | 204.22 | 0.00 |
| 011 | CHASE CARD SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 365.28 | 365.28 | 40.62 | 0.00 |
| 017 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BENEFICIAL ILLINOIS INC | 2,356.19 | 2,356.19 | 262.04 | 0.00 |
| 019 | HSBC BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MARENGO DISPOSAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | PAUL BRUGGEMAN, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | I C SYSTEM INC o/b/o PEDIATRIC ASSOC OF | 227.92 | 227.92 | 25.34 | 0.00 |
| 024 | ROUNDUP FUNDING LLC | 367.50 | 367.50 | 40.87 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 760.53 | 760.53 | 84.58 | 0.00 |
| 027 | ROBERT KENNEDY PROP SERV | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 7,512.23 | 7,512.23 | 835.44 | 0.00 |
|  | Grand Total: | 280,625.03 | 17,099.78 | 5,615.16 | 356.91 |

Total Paid Claimant: $5,972.07  
Trustee Allowance: $495.93  
Percent Paid Unsecured: 11.12  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By   /s/Heather M. Fagan